Form otfrcase

# UNITED STATES BANKRUPTCY COURT

Central District of Illinois
216 Federal Building
100 N.E. Monroe St.
Peoria, IL 61602–1003

*In Re:* Warren A. McKeithen, Jr.
*Debtor*

*Case No.:* 21–80197

*Chapter:* 13

## *ORDER*

**IT IS HEREBY ORDERED** that the above captioned case is transferred to United States Bankruptcy Court Northern District of Illinois, Eastern Division.

**Entered:** 4/1/21

   /S/   Thomas L. Perkins
United States Bankruptcy Judge

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.