UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 21-04377
WARREN A. MCKEITHEN, JR. )
) Chapter: 13
) Honorable Donald R. Cassling
)
)
Debtor(s) )

## ORDER MODIFYING AUTOMATIC STAY AND CO-DEBTOR STAY

This cause coming before the Court upon the Motion of EXETER FINANCE LLC to Modify the Automatic Stay pursuant to Sections 362 and 1301 of the Bankruptcy Code, 11 U.S.C. §§362, 1301,

IT IS HEREBY ORDERED:

1. The Motion of EXETER FINANCE LLC to Modify Automatic Stay and Co-Debtor Stay is granted as follows;

2. The automatic stay provided by Sections 362 and 1301 of the Bankruptcy Code, 11 U.S.C. §§362, 1301 is modified as to Debtor, WARREN A. MCKEITHEN, JR., and Co-Debtor, BRITTANY BYNUM, to permit EXETER FINANCE LLC to pursue its nonbankruptcy remedies with respect to the 2012 Jeep Grand Cherokee motor vehicle bearing a Vehicle Identification Number of 1C4RJFAG7CC171155; and,

3. Bankruptcy Rule 4001(a)(3) does not apply to this Order.

No objection to the motion having been lodged within the time required by Amended General Order No. 20-03, any potential objections have been waived, and the motion is therefore granted.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: October 21, 2021

**Prepared by:**

David J. Frankel. (Ill. #6237097)
Cari A. Kauffman (Ill. #6301778)
Rocio Herrera (Ill. #6303516)
Sorman & Frankel, Ltd.
180 North LaSalle Street, Suite 2700
Chicago, Illinois 60601
(312) 332-3535 / (312) 332-3545 (facsimile)