UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 21-04377
WARREN A MCKEITHEN JR )
) Chapter: 13
) Honorable Donald R. Cassling
)
)
Debtor(s) )

**ORDER DISMISSING CASE FOR UNREASONABLE DELAY**

This matter coming before the court on Trustee's Motion to Dismiss, it appearing to the court that the Debtor(s) failure to appear or to produce requested information or documents is unreasonable and prejudicial to creditors.

IT IS THEREFORE ORDERED that this case is dismissed for unreasonable delay pursuant to 11 U.S.C. § 1307 (c) (1).

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: December 02, 2021

**Prepared by:**

Thomas H. Hooper
Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603
(312) 294-5900